IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.        Crim No. 06-20003-001/002

STEPHEN A. GRIFFIN and
BARBARA L. GRIFFIN                                          DEFENDANTS

**O R D E R**

Now on this 6th day of March 2006, there comes on for consideration the report and recommendation filed herein on February 17, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 18). No objections to the report and recommendation have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' joint representation by attorney, Jim Rose III, is permitted to continue.

IT IS SO ORDERED.

    /s/ Robert T. Dawson
    Honorable Robert T. Dawson
    United States District Judge